JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LYONS,<br>　　　　　Plaintiff,<br>　　v.<br>LONG BEACH CITY JAIL, *et al.*,<br>　　　　　Defendants. | Case No. LA CV 16-9659 MWF (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

DATED: February 21, 2017

　　　　　　　　　　　　　　　　HON. MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE